APPEAL No. 03-15-00470-CR

FILED
October 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE
THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

Patrick Heaney
Appellant

v.

The State of Texas
Appellee

Appeal of cause No. DIDC. 14. 205206
From the 403rd Judicial District Court
Travis County, Texas

## Second Motion for Extension of Time to file Motion for Rehearing

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now, Patrick Heaney, Appellant pro se and respectfully moves the Court to extend the deadline for filing his brief by Thirty (30) days. In support, Appellant would show the following:

I.

Appellant's motion for rehearing was extended to October 23, 2015. The Clerk mailed this notice on Sept. 4, 2015 but Appellant was on medical chain for eye surgery. Appellant had no access to courts from September 1st to September 21st 2015. And Appellant has follow-up medical chain from October 12th to October 21st, 2015. Leaving Appellant limited time in Unit Law Library.

RECEIVED
OCT 19 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

1 of 3

## II.

Appellate Record has not been made available to appellant. The court Reporter has not sent the transcripts of the court proceedings. And The court clerk has not sent the supplemental Record Requested by appellant of The omitted items in volume 1 of The clerk's Record.

## III.

Throughout The entire Criminal procedure neither The 403rd District Court or Appellant's court appointed counsel, Bradley G. Urrutia have responded to ANY of Appellant's correspondence. The only responce Appellant has Recieved has been from The State Bar OF TEXAS And this Court. The state bar has granted my Appeal on my Grievance Concerning Mr. Urrutia for violation of Rule 1.15(d), Therefore he hopes to get exhibits from his file soon.

## IV.

Appellant will not ask The Court for any more extensions, if items Requested are not Recieved Appellant will file his brief with The Record in his possession and facts of law, de novo. with the Courts permission.

## V.

Appellant prays the Court grant this motion and extend the time to file Appellant's Motion for Rehearing and brief by thirty (30) days.

Respectfully Submitted,

Patrick Heavey - Appellant pro se

Patrick Heavey # 1987843
Dominguez Unit
6535 Cagnon Rd.
San Antonio, TX. 78252

## UNSWORN DECLARATION

I, Patrick Heaney, TDCJ no. #1987843 being presently in-carcerated in the Texas Department of Criminal Justice at the Dominguez Unit in Bexar County Texas, verify and declare under penalty of perjury that the foregoing is TRUE and CORRECT.

Executed on this 12th day of October in the year 2015.

_Patrick Heaney_ Declarant

---

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of October, 2015, a true and correct copy of the above and foregoing Motion for Extension of Time was forwarded to the office of the Travis County District Attorney, P.O. Box 1748, Austin, Texas 78767

_Patrick Heaney_ -Appellant pro se

---

## ORDER

On this the _____ day of _____, 2015 came on to be heard appellant's Motion for extension of time to file to file Motion for Rehearing, and said Motion is hereby:

( ) GRANTED / ( ) DENIED

Signed on this the _____ day of _____, 2015.

_____
Judge Presiding

The Honorable Jeffrey D. Kyle                    October 12th, 2015
Court of Appeals, Clerk

Dear Mr. Kyle,                    Re: 03-15-00470-CR

Enclosed please find appellant's pro se Motion for
Extension of time to file Motion for Rehearing.
Please file this Motion and bring it to the
attention of the Court.
I would also request that you notify me of
the Court's Ruling on my Motion.

                        Sincerely,

                        [signature] appellant pro se

                        Patrick Heaney 1987843
                        Dominguez Unit
                        6535 Cagnon Rd.
                        San Antonio, TX.
                                    78252

c: District Attorney
   Travis County
c: file

RECEIVED
OCT 19 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Patrick Henney 1187843
Dominguez Unit
6535 Cagnon Rd.
San Antonio, Tx.
78252

Legal Mail - CR

The Honorable Jeffrey D. Kyle
Court of Appeals, Clerk
Third District of Texas
P.O. Box 12547
Austin, Tx. 78711-2547

787113:2547

FOREVER